**UNITED STATES of America,**
**Plaintiff–Appellee,**

**v.**

**Lawrence Corey MILTON,**
**Defendant–Appellant.**

**No. 15–11468**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 2, 2015.

R. Brian Tanner, Daniel R. Crumby, James D. Durham, Scarlett S. Nokes, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Matthew G. Midgett, The Nye Law Group, PC, Savannah, GA, for Defendant–Appellant.

Before MARTIN, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Matthew Midgett, appointed counsel for Lawrence Corey Milton, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent review of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Milton's conviction and sentence are **AFFIRMED.**